NOVEMBER 21, 1956

Reap. Dec. 8701——*Bunge Corporation* v. *United States.* Entered at New York, N. Y. [Not published.] Motion by plaintiff.